### Ex parte John Alvin McNEIL.

### No. 54451.

Court of Criminal Appeals of Texas, En Banc.

Oct. 24, 1979.

Robert Huttash, State's Atty., Austin, for the State.

## OPINION

DALLY, Judge.

The petitioner now has pending in the United States District Court for the Southern District of Texas in Civil Action No.

H–79–393 styled John Alvin McNeil, Petitioner v. W. J. Estelle, Jr., Director, Texas Department of Corrections, Respondent, an application for writ of habeas corpus seeking the same relief that he seeks here. Since that court has entertained and retained jurisdiction of the matter we dismiss this application as we did in *Ex parte Powers*, 487 S.W.2d 101 (Tex.Cr.App.1972) and *Ex parte Green*, 548 S.W.2d 914 (Tex.Cr. App.1977). See also *Galtieri v. Wainwright*, 582 F.2d 348 (5th Cir. 1978).

It is so ordered.